UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUVENAL DEANDA, | ) | 1:06-cv-01522-AWI-DLB-HC |
| | ) | |
|     Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATIONS** (Doc. 5) |
| v. | ) | |
| | ) | **ORDER GRANTING PETITION** |
| JEFF WRIGLEY, Warden, | ) | **FOR WRIT OF HABEAS CORPUS** |
| | ) | |
|     Respondent. | ) | **ORDER THAT RESPONDENT** |
| | ) | **CONSIDER THE APPROPRIATENESS** |
| | ) | **OF TRANSFERRING PETITIONER** |

    Petitioner is a federal prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

    On February 8, 2007, the Magistrate Judge filed Findings and Recommendations that the Petition for Writ of Habeas Corpus be GRANTED, and Respondent be ORDERED to consider the appropriateness of transferring Petitioner to an RRC in light of the factors set forth in § 3621(b), not excluding any other factors deemed appropriate by the BOP, without reference to the BOP policy promulgated in December 2002 and without reference to the BOP's February 14, 2005, amendment to 28 C.F.R. § 570.21.  These Findings and Recommendations were served on all parties and contained notice

1

that any objections were to be filed within twenty (20) days from the date of service of that order. To date, the parties have not filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 8, 2007, are ADOPTED IN FULL;

2. The Petition for Writ of Habeas Corpus is GRANTED; and,

3. Respondent, within three months from the date of this order, consider the appropriateness of transferring Petitioner to an RRC in light of the factors set forth in § 3621(b), not excluding any other factors deemed appropriate by the BOP, without reference to the BOP policy promulgated in December 2002 and without reference to the BOP's February 14, 2005, amendment to 28 C.F.R. § 570.21.

IT IS SO ORDERED.

**Dated:    May 17, 2007**              **/s/ Anthony W. Ishii**
                                        UNITED STATES DISTRICT JUDGE