# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUVENAL DEANDA, | CV F   06-1522 AWI DLB HC |
|         Petitioner, | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT IN FAVOR OF PETITIONER AND TERMINATE ACTION |
|    v. | [Docs. 6, 7] |
| JEFF WRIGLEY, Warden, | |
|         Respondent. | |

      Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

      On February 8, 2007, the Magistrate Judge issued Findings and Recommendations recommending that the instant petition for writ of habeas corpus be granted.  On May 18, 2007, the Findings and Recommendations were adopted in full and Respondent was directed consider the appropriateness of transferring Petitioner to an RRC in light of the factors set forth in 18 U.S.C. § 3621(b), not excluding any other factors deemed appropriate by the BOP, without reference to the BOP policy promulgated in December 2002 and without reference to the BOP's February 14, 2005, amendment to 28 C.F.R. § 570.21.  Respondent was directed to make this determination within three (3) months from the date of service of that order.  (Court Doc. 6.)

      On June 1, 2007, Respondent filed a notice of verification of compliance with the Court's May 18, 2007, order.  (Court Doc. 9.)  Respondent submits a form entitled "Institutional Referral for CCC Placement," dated May 23, 2007, which indicates that Petitioner was evaluated "without

1 reference to the time constraints imposed by 28 C.F.R. § 570.20-21 or the 2002 and 2005
2 Community Corrections Policies." Attachment 1, Court Doc. 7.  As a result of this evaluation, it
3 was recommended that Petitioner spend 60-90 days in an RRC prior to his release.
4       Because Petitioner has been evaluated in compliance with the Court's February 8, 2007,
5 Findings and Recommendation, the action shall be terminated.  Thus, it is HEREBY ORDERED
6 that the Clerk of Court enter judgment in favor of Petitioner, and CLOSE the file.

8 IT IS SO ORDERED.
9 **Dated:    June 19, 2007**                 **/s/ Anthony W. Ishii**
                                                UNITED STATES DISTRICT JUDGE